IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR1 |
| | ) | |
| v. | ) | |
| | ) | |
| RONDA GAMACHE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to release garnishment (Filing No. 36). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The garnishment against Radisson Reservation Center is released.

DATED this 2nd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court